

FEE PAID
$50
# 1185235
FEE NOT PAID
(SEND LETTER)

ORIGINAL

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 0 7 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN MODERN HOME
INSURANCE COMPANY

     Plaintiff

vs.                                    Civil Action No. CCB 02 CV 300

JERRY W. THURBER

     Defendant

## MOTION FOR ADMISSION PRO HAC VICE

I, Margaret Fonshell Ward, am a member in good standing of the bar of this Court. My bar number is 04586. I am moving the admission of David M. Ott, of Bryan, Nelson, Randolph & Weathers, P.A., 6524 U.S. Highway 98, P.O. Drawer 18109, Hattiesburg, Mississippi 39404-8109, to appear pro hac vice in this case as counsel for the Plaintiff, American Modern Home Insurance Company. We certify that:

    1.    The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Mississippi Supreme Court | 05/16/83 |
| United States District Court for the Northern District of Mississippi | 05/16/83 |
| United States District Court for the Southern District of Mississippi | 11/30/84 |
| United States Court of Appeals for the Fifth Circuit | 06/27/88 |
| United States Court of Appeals for the Eleventh Circuit | 01/23/89 |

    2.    During the twelve months immediately preceding this Motion, the proposed admittee has never previously been admitted pro hac vice in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, The Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. The $50.00 fee for admission pro hac vice is enclosed.

Respectfully submitted

MOVANT

*Margaret Fonshell Ward*
Margaret Fonshell Ward
Moore & Jackson, LLC
305 Washington Avenue, Suite 401
Towson, Maryland 21204
(410) 583-5241
(410) 583-7519 (fax)

PROPOSED ADMITTEE

David M. Ott
Bryan, Nelson, Randolph & Westhers, P.A.
6524 U.S. Highway 98, P.O. Drawer 18109
Hattiesburg, Mississippi 39404-8109
(601) 261-4100
(601) 261-4106 (fax)

Prid 286908
Plid 78611

## NOTICE OF SERVICE

I HEREBY CERTIFY, that on this __6th__ day of ~~April~~ May, 2002, a copy of the foregoing Motion for Admission Pro Hac Vice was mailed, first class, postage prepaid, to:

> George A. Breschi, Esquire
> Mercantile-Towson Building
> Suite 600
> 409 Washington Avenue
> Towson, Maryland 21204
>
> Attorney for Defendant,
> Jerry W. Thurber

_____
Margaret Fonshell Ward

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN MODERN HOME<br>INSURANCE COMPANY | *<br>*<br>*<br>* |
| Plaintiff<br>vs. | *<br>*   Civil Action No. CCB 02 CV 300<br>* |
| JERRY W. THURBER | *<br>* |
| Defendant | *<br>* |

## ORDER

☒ GRANTED          ☐ DENIED


_5/10/02_                             _[signature]_
Date                                  United States District Court