IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN MODERN HOME
INSURANCE COMPANY

    Plaintiff

vs.                              Civil Action No. CCB 02 CV 300

JERRY W. THURBER

    Defendant

## ORDER

UPON review and consideration of the Joint Motion to Modify Scheduling Order, IT IS, this _1st_ day of _October_, 2002, by the United States District Court for the District of Maryland.

ORDERED, that the Scheduling Order is hereby modified to extend the deadline for discovery and the filing of a status report to November 15, 2002.

_____
JUDGE