

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN MODERN HOME INSURANCE COMPANY | * |
| Plaintiff | * |
| vs. | * Civil Action No. CCB 02 CV 300 |
| JERRY W. THURBER | * |
| Defendant | * |

## STIPULATION OF DISMISSAL

Dear Clerk:

Please dismiss the above captioned case with prejudice as the case has been settled.

                                                Margaret Fonshell Ward
                                                Moore & Jackson, LLC
                                                305 Washington Avenue
                                                Suite 401
                                                Towson, MD 21204
                                                (410) 583-5241

                                                Attorneys for American Modern Home
                                                Insurance Company

                                                George A. Breschi, Esquire
                                                Mercantile-Towson Building, Suite 600
                                                409 Washington Avenue
                                                Towson, Maryland 21204

                                                Attorney for Defendant,
                                                Jerry W. Thurber

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this ___27th___ day of ___January___, 2003, a fully executed copy of the foregoing Stipulation of Dismissal was mailed, first class, postage prepaid, to:

>George A. Breschi, Esquire
>Mercantile-Towson Building
>Suite 600
>409 Washington Avenue
>Towson, Maryland 21204
>
>Attorney for Defendant,
>Jerry W. Thurber

_____
Margaret Fonshell Ward